Attorneys for Plaintiff(s), Cheryl Ernst

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 06-6063 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Cheryl Ernst,<br>　　　　　　　Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Cheryl Ernst, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9-23, 2009    By: _____
Glenn Zuckerman
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-673-1839
Attorneys for Plaintiff(s), Cheryl Ernst

DATED: Oct. 21, 2009    By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 2 8 2009    _____
Hon. Charles R. Breyer
United States District Court

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE